UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jill Thompson Arrington            Docket No. 5:20-CR-14-1M

**Petition for Action on Probation**

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jill Thompson Arrington, who, upon an earlier plea of guilty to Theft of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on November 3, 2021, to 5 years probation under the conditions adopted by the court.

On December 29, 2021, a Violation Report was submitted advising the court that the defendant failed to comply with urinalysis testing. Arrington was verbally reprimanded, and no punitive action was taken by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 7, 2023, the defendant was charged with Driving While License Revoked Not Impaired Revocation and Failure to Maintain Lane Control in Nash County, North Carolina (23CR707368). On October 15, 2023, the defendant was charged with Driving While License Revoked in Nash County, North Carolina (23CR707570). These matters remain pending in Nash County District Court. When confronted with the driving charges in Nash County, North Carolina, the defendant advised she was not aware of her license being suspended at the time. Both law enforcement contacts were not reported to the probation office within the required timeframe, and it appears Arrington has not reported to required court dates.

The defendant has failed to make faithful restitution payments as directed. Arrington was ordered to pay $100.00 per month beginning December 2, 2021. To date, the defendant has paid $20.00 on the case, leaving a balance of $62,477.00. When confronted with lack of restitution payments, the defendant admitted the same. Arrington was recently approved for disability benefits and will meet the threshold for an automatic offset beginning in January 2024.

To properly sanction the defendant for her conduct and to reestablish trust with the court, a curfew for 60 days with Radio Frequency monitoring is respectfully recommended. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period of 60 days. The defendant is restricted to her residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jill Thompson Arrington
Docket No. 5:20-CR-14-1M
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Dewayne L. Smith<br>Dewayne L. Smith<br>Supervising U.S. Probation Officer | /s/ Matthew A. Fmura<br>Matthew A. Fmura<br>U.S. Probation Officer<br>150 Reade Circle<br>Greenville, NC 27858-1137<br>Phone: 252-830-2345<br>Executed On: December 20, 2023 |

## ORDER OF THE COURT

Considered and ordered this 21st day of December, 2023, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge