UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jill Thompson Arrington**   Docket No. 5:20-CR-14-1M

**Petition for Action on Probation**

COMES NOW Danele N. Williams, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jill Thompson Arrington, who, upon an earlier plea of guilty to Theft of Government Property, in violation of 18 U.S.C. § 641, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on November 3, 2021, to 60 months probation under the conditions adopted by the court.

On December 29, 2021, a Violation Report was submitted advising the court that the defendant failed to comply with urinalysis testing. Arrington was verbally reprimanded, and no punitive action was taken by the court.

On December 20, 2023, a Petition for Action on Supervised Release was submitted advising the court that the defendant was charged with Driving While License Revoked Not Impaired and Failure to Maintain Lane Control (23CR707368) in Nash County on October 7, 2023. Additionally, on October 15, 2023, the defendant was again charged with Driving While License Revoked Not Impaired (23CR707570) in Nash County. Arrington failed to inform the probation office within the required timeframe. Lastly, the defendant failed to make faithful restitution payments as directed. Conditions of supervision were modified to include a sanction of 60-days Location Monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has provided documentation from the U.S. Department of the Treasury, which revealed the North Carolina Eastern District's Financial Litigation Unit will withhold up to 15% of her monthly Social Security benefit payment, to pay toward her debt owed. Additionally, the defendant is scheduled for the placement of a stent on February 5, 2024, which may require an overnight stay at UNC Health Nash in Rocky Mount, North Carolina. The defendant is scheduled to undergo a cholecystectomy on February 14, 2024, and anticipates admittance into UNC Health Nash, for a minimum of four days. In light of the subject's upcoming surgery and deductions from her benefits, the probation office proposes her supervision be modified to immediately terminate her Location Monitoring.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

- The location monitoring condition be removed.

Except as herein modified, the judgment shall remain in full force and effect.

Jill Thompson Arrington
Docket No. 5:20-CR-14-1M
Petition For Action
Page 2

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Melissa K. Lunsmann<br>Melissa K. Lunsmann<br>Supervising U.S. Probation Officer | /s/ Danele N. Williams<br>Danele N. Williams<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8807<br>Executed On: January 30, 2024 |

### ORDER OF THE COURT

Considered and ordered this 2d day of February, 2024, and ordered filed and made a part of the records in the above case.

*Richard E Myers II*
Richard E. Myers II
Chief United States District Judge